**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:11-cv-01309-RPM-BNB**

Krystle Velasquez,

    Plaintiff

v.

The Regional Adjustment Bureau, Inc.,

    Defendant .

_____

Order of Dismissal Pursuant to Settlement

_____

    Pursuant to the Stipulation to Dismiss Pursuant to Settlement [21] filed October 21, 2-11, it is

    ORDERED that this action is dismissed *with* prejudice and without fees or costs to either party.

    DATED:   October 24th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge